# EXHIBIT E

10 04 10

# HEALTH INSURANCE CLAIM FORM

(1500)

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

Geico
P.O. Box 9507
Fredericksburg, VA 22403-9526

ATTN: James Zappa

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER
1a. INSURED'S I.D. NUMBER (For Program in Item 1): 0182204320101064

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]
3. PATIENT'S BIRTH DATE / SEX: M [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street): [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS (No., Street):

CITY: [redacted] STATE: [redacted]
8. PATIENT STATUS: Other [X]

ZIP CODE: [redacted] TELEPHONE: [redacted]

9. OTHER INSURED'S NAME:
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? (Current or Previous): NO [X]
a. INSURED'S DATE OF BIRTH / SEX:

b. OTHER INSURED'S DATE OF BIRTH / SEX:
b. AUTO ACCIDENT? NO [X]    PLACE (State):
b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:
c. OTHER ACCIDENT? NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: Geico

d. INSURANCE PLAN NAME OR PROGRAM NAME:
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE       DATE: 08.02.2010
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 12 25 2009
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. L722.11
2. 1719.43
3. L719.42
4. L719.41

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER:

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 04 10  08 04 10 | 11 | | 20551 | 1234 | 810 00 | 10 | | NPI |
| 2 | 08 04 10  08 04 10 | 11 | | 99214 | 1234 | 57 52 | 1 | | NPI |
| 3 | | | | | | | | | NPI |
| 4 | | | | | | | | | NPI |
| 5 | | | | | | | | | NPI |
| 6 | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 867.62
29. AMOUNT PAID: $
30. BALANCE DUE:

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Mikhail Strutsovskiy, MD
SIGNED: 09/28/2010

32. SERVICE FACILITY LOCATION INFORMATION:
Vascu Flo
2470 Walden Avenue
Cheektowaga, NY 14225
NPI

33. BILLING PROVIDER INFO & PH #: ( 716 ) 6812968
Vascu Flo
2470 Walden Avenue Suite 2200
Cheektowaga, NY 14225
NPI

NUCC Instruction Manual available at: www.nucc.org
OMB 0938-0999 FORM CMS-1500 (08/05)
WCMS-1500CS

10 08 10

## HEALTH INSURANCE CLAIM FORM

1500

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

GEICO
750 Woodbury Road
Woodbury, ny 11797-

ATTN: Bruna GLAVAn

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X]
1a. INSURED'S I.D. NUMBER (For Program in Item 1): 0325249010103S

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]
3. PATIENT'S BIRTH DATE: [redacted]   SEX: F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial): SAME

5. PATIENT'S ADDRESS (No., Street): [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS (No., Street)

CITY: [redacted]   STATE: [redacted]
8. PATIENT STATUS: Other [X]
CITY   STATE

ZIP CODE: [redacted]   TELEPHONE: [redacted]

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
   a. EMPLOYMENT? NO [X]
   b. AUTO ACCIDENT? YES [X]  PLACE (State)
   c. OTHER ACCIDENT? NO [X]
11. INSURED'S POLICY GROUP OR FECA NUMBER
   a. INSURED'S DATE OF BIRTH   SEX
   b. EMPLOYER'S NAME OR SCHOOL NAME
   c. INSURANCE PLAN NAME OR PROGRAM NAME: Geico
   d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
   SIGNED: SIGNATURE ON FILE    DATE: 09-22-2010
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
   SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 09 22 2010

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 847-1
2. 346-0
3. 847-2
4. 729-1

| 24.A. DATE(S) OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 09 23 10 — 09 23 10 | 11 | | 20551 | | 1234 | 405.05 | 5 | | | NPI |
| 09 23 10 — 09 23 10 | 11 | | 76942 | | 1234 | 211.32 | 1 | | | NPI |

25. FEDERAL TAX I.D. NUMBER
26. PATIENT'S ACCOUNT NO.: [redacted]
27. ACCEPT ASSIGNMENT? NO [X]
28. TOTAL CHARGE: 616 37
29. AMOUNT PAID
30. BALANCE DUE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: Mikhail Stratsovskiy, MD
SIGNED   10/08/2010

32. SERVICE FACILITY LOCATION INFORMATION:
Vascu Flo
2470 Walden Avenue
Cheektowaga, NY 14225

33. BILLING PROVIDER INFO & PH #: (716) 6812968
Vascu Flo
2470 Walden Avenue Suite 2200
Cheektowaga, NY 14225

NUCC Instruction Manual available at: www.nucc.org
APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
WCMS-1500CS

10 08 10

# HEALTH INSURANCE CLAIM FORM
(1500)
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

GEICO
750 Woodbury Road
Woodbury, ny 11797-

ATTN: Keisha Daymon

PICA

| Field | Value |
|---|---|
| 1. Type | OTHER (X) |
| 1a. INSURED'S I.D. NUMBER | 0343445960101114 |
| 2. PATIENT'S NAME | [redacted] |
| 3. PATIENT'S BIRTH DATE / SEX | M |
| 4. INSURED'S NAME | SAME |
| 5. PATIENT'S ADDRESS | [redacted] |
| 6. PATIENT RELATIONSHIP TO INSURED | Self |
| 7. INSURED'S ADDRESS | |
| 8. PATIENT STATUS | Other |
| 10a. EMPLOYMENT? | NO |
| 10b. AUTO ACCIDENT? | NO |
| 10c. OTHER ACCIDENT? | NO |
| 11c. INSURANCE PLAN NAME | GEICO |
| 11d. IS THERE ANOTHER HEALTH BENEFIT PLAN? | NO |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE    DATE: 09-26-2010

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 09-26-2010

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 847-2
2. 729-2
3. 847-1
4. 723-4

| 24. | A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS/UNITS | H. | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09-25-10 / 09-25-10 | 11 | | 99214 | 1234 | 57.52 | 1 | | NPI | |

28. TOTAL CHARGE: 57.52

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
Mikhail Strutsovskiy, MD
SIGNED 10/0?/2010

32. Vascu Flo
2470 Walden Avenue
Cheektowaga, NY 14225

33. BILLING PROVIDER INFO & PH # (716) 6812968
Vascu Flo
2470 Walden Avenue Suite 2200
Cheektowaga, NY 14225

NUCC Instruction Manual available at: www.nucc.org    OMB 0938-0999 FORM CMS-1500 (08/05)

10 08 10

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA

GEICO
750 Woodbury Road
Woodbury, ny 11797-

ATTN: Keisha Daymon

1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER
1a. INSURED'S I.D. NUMBER (For Program in item 1): 034344596010114
2. PATIENT'S NAME: [redacted]
3. PATIENT'S BIRTH DATE / SEX: M [X]
4. INSURED'S NAME: SAME
5. PATIENT'S ADDRESS: [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS:
8. PATIENT STATUS: Other [X]
10. IS PATIENT'S CONDITION RELATED TO:
  a. EMPLOYMENT? NO [X]
  b. AUTO ACCIDENT? NO [X]
  c. OTHER ACCIDENT? NO [X]
11. INSURED'S POLICY GROUP OR FECA NUMBER:
c. INSURANCE PLAN NAME OR PROGRAM NAME: GEICO
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 09-26-2010
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT: 09 26 2010
21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 847-2
2. 729-2
3. 847-1
4. 723-4

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 09 24 10 / 09 24 10 | 11 | | 20551 | | 1234 | 567 07 | 7 | | NPI | |
| 09 24 10 / 09 24 10 | 11 | | 76942 | | 1234 | 211 32 | 1 | | NPI | |

28. TOTAL CHARGE: 778 39

33. BILLING PROVIDER INFO & PH. #: ( 716 ) 6812968
Vascu Flo
2470 Walden Avenue Suite 2200
Cheektowaga, NY 14225

32. SERVICE FACILITY LOCATION:
Vascu Flo
2470 Walden Avenue
Cheektowaga, NY 14225

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
*Mikhail Strutsovskiy, MD*
SIGNED  10/04/2010

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

10 08 10

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

GEICO
750 Woodbury Road
Woodbury, ny 11797-

ATTN: Kahili Vieira

| | PICA | | | | | | | | | | PICA | |

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X]
1a. INSURED'S I.D. NUMBER (For Program in Item 1)
0296399750101031

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) [REDACTED]
3. PATIENT'S BIRTH DATE  SEX  F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial)  SAME

5. PATIENT'S ADDRESS (No., Street) [REDACTED]
6. PATIENT RELATIONSHIP TO INSURED  Self [X]
7. INSURED'S ADDRESS (No., Street)

CITY [REDACTED]  STATE [REDACTED]
8. PATIENT STATUS  Single [X]

TELEPHONE (Include Area Code) [REDACTED]
Employed

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
Cammarata  Yolanda
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous)  YES  NO [X]
a. INSURED'S DATE OF BIRTH  SEX

b. OTHER INSURED'S DATE OF BIRTH  03 28 1981  SEX F [X]
b. AUTO ACCIDENT?  YES  NO [X]  PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT?  YES  NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME  geico

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  SIGNATURE ON FILE  DATE  08 31 2010
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
02 14 2009
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB?  YES  NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. 847-0
2. 723-2
3.
4.
22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 28 10 | 09 28 10 | 11 | | 76942 | | 12 | 211 32 | 1 | | NPI | |
| 09 28 10 | 09 28 10 | 11 | | 20551 | | 12 | 81 01 | 1 | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER [REDACTED]  SSN  EIN [X]
26. PATIENT'S ACCOUNT NO. [REDACTED]
27. ACCEPT ASSIGNMENT?  YES [X]  NO
28. TOTAL CHARGE  292 33
29. AMOUNT PAID
30. BALANCE DUE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Mikhail Strutsovskiy, MD
SIGNED  10/04/2010

32. SERVICE FACILITY LOCATION INFORMATION
Vascu Flo
2470 Walden Avenue
Cheektowaga, NY 14225
NPI

33. BILLING PROVIDER INFO & PH. # (716) 6812968
Vascu Flo
2470 Walden Avenue Suite 2200
Cheektowaga, NY 14225-

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

10 08 10

# HEALTH INSURANCE CLAIM FORM

(1500)

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

GEICO
750 Woodbury Road
Woodbury, ny 11797-

ATTN: Kahili Vieira

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X]
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) [REDACTED]
3. PATIENT'S BIRTH DATE — SEX: F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial) — SAME

5. PATIENT'S ADDRESS [REDACTED]
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS

CITY [REDACTED]  STATE [REDACTED]
8. PATIENT STATUS: Single [X]
CITY   STATE

ZIP CODE [REDACTED]  TELEPHONE [REDACTED]
ZIP CODE   TELEPHONE ( )

9. OTHER INSURED'S NAME [REDACTED]
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER [REDACTED]
a. EMPLOYMENT? YES [ ] NO [X]
a. INSURED'S DATE OF BIRTH  SEX M [ ] F [ ]

b. OTHER INSURED'S DATE OF BIRTH  SEX F [X]
b. AUTO ACCIDENT? YES [ ] NO [X]  PLACE (State)
b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME
c. OTHER ACCIDENT? YES [ ] NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME — geico

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. RESERVED FOR LOCAL USE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 08-31-2010

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 02.14.2009
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? YES [ ] NO [ ]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. 847-0
2. 723-2
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF NO
23. PRIOR AUTHORIZATION NUMBER

24.

| A. DATE(S) OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 09-23-10  09-23-10 | 11 | | 20551 | 12 | 567 07 | 7 | | NPI | |
| 09-23-10  09-23-10 | 11 | | 76880 | 12 | 162 85 | 1 | | NPI | |
| 09-23-10  09-23-10 | 11 | | 99213 | 12 | 39 64 | 1 | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN [REDACTED]
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? YES [X] NO
28. TOTAL CHARGE: 769.56
29. AMOUNT PAID
30. BALANCE DUE

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Mikhail Strutsovskiy, MD
SIGNED  10/04/2010

32. SERVICE FACILITY LOCATION INFORMATION
Vascu Flo
2470 Walden Avenue
Cheektowaga, NY 14225

33. BILLING PROVIDER INFO & PH. # (716) 6812968
Vascu Flo
2470 Walden Avenue Suite 2200
Cheektowaga, NY 14225

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)